IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED
DEC 14 2009
CLERK, U.S. DISTRICT COURT

Samuel G. Bailey
P.O. Box 706
Burgess, Virginia 22432
Phone: 571-329-2032

    Plaintiff,

Civil Action No. 3:09cv787(JRS)

v.

Black Entertainment Television
1235 W St., NE
Washington, DC 20018
Serve: Ms. Debra Lee

Paramount
5555 Melrose Ave.
Los Angeles, Ca. 90038
Serve: Mr. Brad Gray

Viacom
1515 Broadway
New York, New York 10036
Serve: Mr. Philippe Dauman

    Defendants.

## COPYRIGHT INFRINGEMENT

Pursuant to 17 USCA 101-1032, this litigation is being Filed against the Defendants due to their violation of the Copyright statute against the Plaintiff. In 2006, Defendants Produced the movie "Dreamgirls" based upon Plaintiff's Screenplay "Poison Passion" without Plaintiff's consent. Actor Eddie Murphy played the character James Early in

(1)



"Dreamgirls", which was derived from the character "Prince Dominique Mack" in "Poison Passion". Both Characters were rhythm 'n' blues and soul music Performers.

Singer/Actress Beyonce Knowles played the Character of "Deena (Dina)" and "Cleopatra" in Dreamgirls, which was based on characters "Deena," "Conai", and "Cleopatra" in Plaintiff's script Poison Passion. Actress/Singer Jennifer Hudson was "Effi" (Effy) in Dreamgirls; Mr. Bailey's screenplay Poison Passion featured "Effy"(Effi). Each character in "Dreamgirls" was an exact replica of the aforementioned Characters in "Poison Passion", which is an exemplification of specific expression of idea (subplot) of Plaintiff's work.

This is not the first time Defendants committed Copyright Infringement against the Plaintiff. In 1992, they used his screenplay "Topless Burning Love" without his consent to make the major movie "Boomerang", which also featured Eddie Murphy. An out of court settlement was reached in that case.

If this case is not immediately resolved, Plaintiff will present the case to a multitude of media sources to acknowledge the public of their greed and selfishness in exploiting unknown and struggling screenwriters' materials for their own financial enrichment. Mr. Bailey will also agree to testify on behalf of other screenwriters who will be bringing forth litigation against various motion picture corporations.

Anyone who endeavors to deny this case its right to be heard in federal court will be charged with proper civil and criminal allegations.

Plaintiff seeks compensatory and punitive damages of $200,000,000.00.

County/City of Northumberland
Commonwealth/State of Virginia
The foregoing instrument was acknowledged before me this 7th day of December 2009, by
Samuel G. Bailey
(name of person seeking acknowledgment)

Notary Public
My commission expires: 10/31/2011

*Samuel L. Bailey*
Plaintiff (Pro-se)
Samuel G. Bailey

JAMIE M. ABERNATHEY
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7085040
My Commission Expires 10/31/11

(2)

## CERTIFICATE OF SERVICE (via 1st Class Mail)

I, Plaintiff Samuel G. Bailey, do hereby confirm that the aforementioned Complaint is being sent to the ensuing parties on the day of December 8th, 2009. The Parties are:

1. Black Entertainment Television
   1235 W St., NE
   Washington, DC 20018
   Serve: Ms. Debra Lee

2. Paramount
   5555 Melrose Ave.
   Los Angeles, Ca. 90038
   Serve: Mr. Brad Gray

3. Viacom
   1515 Broadway
   New York, New York 10036
   Serve: Mr. Philippe Dauman

County/City of Northumberland
Commonwealth/State of Virginia
The foregoing instrument was acknowledged before me this 7th day of December 2009 by Samuel G. Bailey
(name of person seeking acknowledgment)
Jamie M. Abernathey
Notary Public
My commission expires: 10/31/11

Plaintiff (Pro-se)
Samuel G. Bailey

JAMIE M. ABERNATHEY
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7085040
My Commission Expires 10/31/11

$2.80
00021891-06

CERTIFIED MAIL

7007 3020 0001 9476 8714

To: United States District Court
For Eastern District of Va.
701 East Broad St., Suite 3000
Richmond, VA. 23219

23219+1872

From:
Samuel Bailey
P.O. Box 706
Burgess, VA. 22432

U.S. POSTAGE PAID
KEATSVILLE, VA
22473
DEC 07 '09
AMOUNT
$2.80
00021891-06

CERTIFIED MAIL

7007 3020 0001 9476 8714

To: United States District Court
For Eastern District of Va.
701 East Broad St.; Suite 3000
Richmond, VA 23219

From:
Samuel Bady
P.O. Box 706
Burgess, VA 22432