UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| SAMUEL G. BAILEY, <br><br> Plaintiff, <br><br> v. <br><br> BLACK ENTERTAINMENT TELEVISION, et al., <br><br> Defendants. | Action No. 3:09–CV–787 |

FINAL ORDER

THIS MATTER is before the Court on Defendant's Motion to Dismiss (Doc. No. 4) and Plaintiff's Motions for Discovery of Evidence (Doc. Nos. 8 & 14), Motion for Pretrial Hearing (Doc. No. 9), and Motion for Constitutional Opposition (Doc. No. 15.)  Upon due consideration, and for the reasons stated in the accompanying Memorandum Opinion, the Motion to Dismiss is hereby GRANTED.  Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.  Plaintiff's remaining Motions (Doc. Nos. 8, 9, 14 &15) are subsequently DENIED as MOOT.

Plaintiff is entitled to appeal the Court's decision.  To do so, he must file a notice of appeal with the Clerk of this Court within thirty days of the date of this Order, in accordance with Federal Rules of Appellate Procedure 3 and 4.  If Plaintiff fails to file a timely notice of appeal, he may lose his right to appeal.

Let the Clerk send a copy of this Order to the pro se plaintiff and all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Chief United States District Judge

ENTERED this   3rd   day of May 2010